

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

February 9, 2007

| Adam Raymond Tondryk | James T. Barnes | Theodore B. Bell |
| --- | --- | --- |
| BARNES PC | BARNES PC | BARNES PC |
| Suite 506 | Suite 506 | Suite 506 |
| 431 S Dearborn St. | 431 S Dearborn St. | 431 S Dearborn St. |
| Chicago, IL 60605 | Chicago, IL 60605 | Chicago, IL 60605 |

        RE: HANOVER INSURANCE COMPANY v
            RANKIN IRONWORKS LLC ET AL
        CASE NO. 02-2051

Dear Attorneys of Record:

      The Clerk of the U. S. District Court has in its possession plaintiff's exhibits in the above-mentioned case. Please notify this office within ten (10) working days, **by February 26,** if you wish to have **plaintiffs' exhibits 4, 5, 6, 7, 11, 12, 13, 14** returned to you for your files. You will be responsible for obtaining the exhibits from this office. If we do not have a response from you within ten (10) working days, the exhibits will be destroyed by the Clerk.

                                Sincerely,

                                s/John M. Waters
                                JOHN M. WATERS, CLERK
                                U. S. DISTRICT COURT

JMW/vlb